```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION


JUNIOR CAIN                                            PLAINTIFF

VS.                        CIVIL ACTION NO. 3:04-CV-867-WHB-JCS

UNITED INSURANCE COMPANY OF AMERICA;
UNION NATIONAL FIRE INSURANCE COMPANY;
BENJIE SANDERS; RUDY WILSON AND
JOHN DOES 1 - 10                                      DEFENDANTS
```

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Opinion and Order which granted Defendants" Motion for Summary Judgment, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 8th day of March, 2006.

                              s/ William H. Barbour, Jr.
                              UNITED STATES DISTRICT JUDGE

tct